IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE R. GOINS, EB-7972,<br>Petitioner,<br><br>v.<br><br>TAMMY FERGUSON,<br>Respondent(s), | )<br>)<br>)<br>)   2: 15-CV-816<br>)<br>)<br>) |

## ORDER

Maurice R. Goins has submitted a petition for a writ of habeas corpus without the appropriate filing fee or the forms required to proceed in forma pauperis, or the appropriate habeas corpus forms adopted by this Court, and for this reason, this action may not proceed unless and until the petitioner:

1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

2) files a properly completed application to proceed in forma pauperis which is enclosed herewith, along with an authorization form and a certified copy of his inmate account statement for the previous six (6) months, AND

3) completes the enclosed forms adopted by this Court for state prisoner habeas corpus petitions.

Therefore, **IT IS ORDERED** this 23rd day of June 2015 that the petitioner may pursue this case by paying the $5.00 filing fee or submitting an informa pauperis application AND a certified copy his inmate account statement for the previous six (6) months as well as completes the appropriate habeas corpus forms adopted by this Court within twenty-one days of the date of this Order.

s/ Robert C. Mitchell
United States Magistrate Judge